In re XHIBIT CORP.,
   Debtor

Case No. 2:15-bk-00680-MCW

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. *See* 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5)[1] |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government, contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

1.  (1) AMERICAN EXPRESS
    (2) P.O. Box 0001
        Los Angeles, CA 90096-8000
    (3) Trade debt
    (4)
    (5) $1,129.88

2.  (1) PROJECT MANAGEMENT GROUP
    (2)
    (3) Trade debt
    (4)
    (5) $15,720.10

3.  (1) RACKSPACE, US, INC.
    (2) Unit 5 Millington Road
        Hyde Park Hayes
        Middlesex GB UB34AZ
        UNITED KINGDOM
    (3) Trade debt
    (4)
    (5) $2,377.05

---

[1] Debtor is in the process of reviewing claims, and reserves the right to amend this schedule to change the amount of any claim stated herein, and whether or not any claim is contingent, unliquidated, or disputed.

QB\32528981.1

4. (1) TWIN STAR
   (2) Nikola Krgovic
       Brace ABAFI 2/10
       Zemun, MB 62400382
       SERBIA
   (3) Trade debt
   (4)
   (5) $882.78

Date: January 22, 2015

XHIBIT CORP.

By _____
Scott Wiley
Authorized Signatory

Debtor

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Scott Wiley, Authorized Signatory of XHIBIT CORP., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing "List Of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my information and belief.

DATED: January 22, 2015

Signature _____

Scott Wiley
Authorized Signatory

QB\32528981.1                    - 3 -

Case 2:15-bk-00680-MCW    Doc 3    Filed 01/22/15    Entered 01/22/15 19:34:40    Desc
Main Document    Page 3 of 3